UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.D. THOMPSON | CIVIL ACTION |
| VERSUS | NO. 14-1787 |
| WASHINGTON PARISH SHERIFF OFFICE, ET AL | SECTION "N"(5) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 23), and the objections to the Report and Recommendation filed by the plaintiff (Rec. Doc. 26, 27, 28), hereby approves of the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED**, that the plaintiff's claims against the Washington Parish Sheriff's Office are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of December 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE