UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. D. THOMPSON | CIVIL ACTION |
| VERSUS | NUMBER: 14-1787 |
| WASHINGTON PARISH SHERIFF'S OFFICE, ET AL. | SECTION: "N"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that that Plaintiff's lawsuit is dismissed with prejudice pursuant to Rule 41(b), Fed. R. Civ. P., and Local Rule 41.3.1.

New Orleans, Louisiana, this 19th day of October, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE